JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRIAN WISDOM,                          )
                                       )
                    Plaintiff,         )
                                       )
     -v-                               )     Case No. SACV10-1952-DOC(MANx)
                                       )
ULQ, LLC, ET AL,                       )       ORDER DISMISSING
                                       )          CIVIL ACTION
                    Defendants.        )
_____)

     The Court having been advised by counsel for the parties that

the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is dismissed without

prejudice to the right, upon good cause shown within 60 days, to reopen

this action if settlement is not consummated.

DATED: February 23, 2011

                                        _____
                                            DAVID O. CARTER
                                        United States District Judge